MUNSEY TRUST CO., TRUSTEE FOR HILDA PORTNER DERBY, PETI-
TIONER, v. COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 27766. Promulgated October 15, 1929.

*G. B. Fraser, Esq.*, and *A. Harding Paul, Esq.*, for the petitioner.
*Arthur Carnduff, Esq.*, for the respondent.

OPINION.

MURDOCK: It was conceded by counsel for the respondent that the
tax liability of the petitioner, if any, attached by virtue of a trust
agreement dated May 17, 1923. The real estate on Vermont Avenue
and the Carry Manufacturing Co. note were not covered by this
agreement and the petitioner further proved that it had never re-
ceived anything from the sale of the property or from the note.
There was also some testimony tending to show that the two trans-
actions in question had occurred prior to the time that the Munsey
Trust Co. became trustee and that the proceeds of the sale of the

real estate were distributed before the Munsey Trust Co. became trustee.

*Judgment will be entered for the petitioner under Rule 50.*